UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY ANDERSON,<br>           Defendant. | **ORDER**<br><br>No. CR 11-00795 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK CAMPION,<br>           Defendant. | No. CR 11-00796 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES DOHERTY,<br>           Defendant. | No. CR 11-00797 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEITH GOODMAN,<br>           Defendant. | No. CR 11-00798 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRAIG LIPTON,<br>           Defendant. | No. CR 11-00799 CRB |

ORDER TO
CONTINUE STATUS                                   1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TROY KENT,<br>             Defendant. | No. CR 11-00800 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAITH SALMA,<br>             Defendant. | No. CR 11-00801 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>HENRI PESSAH,<br>             Defendant. | No. CR 11-00802 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW WORTHING,<br>             Defendant. | No. CR 12-00300 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>LYDIA FONG,<br>             Defendant. | No. CR 12-00301 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>NORMAN MONTALVO,<br>             Defendant. | No. CR 12-00785 CRB |

ORDER TO
CONTINUE STATUS                         2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GILBERT CHUNG,<br>     Defendant. | No. CR 13-00069 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMMED REZAIAN,<br>     Defendant. | No. CR 13-00246 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT WILLIAMS,<br>     Defendant. | No. CR 13-00388 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL ROSENBLEDT,<br>     Defendant. | No. CR 13-00587 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>KUO HSUAN "CHUCK" CHANG,<br>     Defendant. | No. CR 13-00670 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL NAVONE,<br>     Defendant. | No. CR 13-00804 CRB |

ORDER TO
CONTINUE STATUS   3

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FLORENCE FUNG,<br>     Defendant. | No. CR 13-00805 CRB |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the November 16, 2016 status hearings in the above-captioned matters are continued to March 22, 2017 at 2:00 p.m.

DATED:  November 8, 2016                         _____
                                                THE HONORABLE CHARLES R. BREYER
                                                United States Senior District Judge

ORDER TO
CONTINUE STATUS                                 4