1  Tony Fu
   5813 Geary Blvd., PMB 188
2  San Francisco, CA 94121
   (415) 867 – 5973
3
   A victim of the Fung crimes
4



5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7                        SAN FRANCISCO DIVISION

8

9  UNITED STATES OF AMERICA          ) Case No. : 13-cr-00805-CRB
                                     )
10         Appellant                 )
                                     ) **TONY FU'S REQUEST FOR THE COURT**
11 v.                                ) **TO IMPOSE THE MAXIMUM**
                                     ) **SENTENCE SET BY THE LAW AS TO**
12                                   ) **FUNG**
                                     )
13 FLORENCE FUNG                     )
                                     ) Concurrently filed: DECLARATION OF
14         Defendant.                ) TONY FU IN SUPPORT OF TONY FU'S
                                     ) REQUEST FOR THE COURT TO IMPOSE
15                                   ) THE MAXIMUM SENTENCE SET BY THE
                                     ) LAW AS TO FUNG
16

17
       My name is Tony Fu ("Fu"). I recently learned of the U.S. government's prosecution of
18
   Florence Fung ("Fung" or "Defendant"). I am one of the member of the general public who has
19
   been mistreated by Fung. I, therefore, respectfully submit this request (with the declaration) for
20
   the Court to impose the maximum sentence set by the law as to Fung.
21
       I was one of Fung's victims when I was a general building contractor doing remodeling
22
   work in San Francisco. I undertook a small remodeling project at one of the Fung's houses
23
   located at 95 Wawona Street, San Francisco on or about 1999. The project was to "construct
24
   bedrooms study room family room& bath at ground floor" for the cost of "$35,000." After Fu
25
   completed the project on or about May 7, 1999 and retained the final approval from the San

Francisco Department of Building Inspection ("DBI"), Fung withheld payment of over $24,000. See the Fung house at **Exhibit A** and the Permit Details Report from DBI at **Exhibit B** at the concurrently filed Tony Fu Declaration in support of his request to the Court for a longer sentence for Fung.

Due to Fung's bad faith conduct, Fu suffered a total lost from the project. Fu moved for arbitration to collect his money for work, but she raised and created the "defects"[1] which was greater than the DBI stated "cost of $35,000" for the project. As a result, Fu was defeated and turned out owing Fung money. After suffering the lost to Fung, Fu lost his contractor license and eventually had to file for bankruptcy[2]. Over the years, Fu heard about 5 contractors' grievance stories about losing money after working for Fung.

From Defendant Fung's Sentencing Memorandum ("the Fung Memo") that said "There is a 'Florence Fund Trust' which owns 45 properties and has value of approximately $14,790,000.00." See the Fung Memo at page 2 line 12-13. This statement of assets being worth roughly $15 million is a significantly watered-down figure in an attempt to obtain a lighter sentence. Anyone who simply looks at just one of her 45 properties, shown on **Exhibit A** which is over $2 million, would know the net value of Fung's assets far exceeding $15 million.

Fung describes herself as pursuing the American Dream and achieving great wealth from humble beginnings. According to Fung, she moved "to the Bay Area in 1991. After she arrived in the Bay Area she began to buy and rehabilitate real estate properties." See the Fung Memo at page 3 line 21-23. Indeed, she has built her wealth through "rehabilitate real estate properties"

---

[1] At the time of claiming the defects, Fung swore that the defects such as the concrete slab for the floor required corrective work that would cost her $40,000 alone. However, she has not done any corrective work as of this day (for 19 years) according to the official permit history from the DBI.

[2] Fung teamed up and conspired with her former attorney called Demas Yan, who has a real estate broker license and who was disbarred by the State Bar for 27 counts of misconducts on March 16, 2018, to continue committing misconducts causing tremendous harms to people such as Fu.

after illegally retaining them by and through inter alia bid rigging. Her wealth was built upon those she defrauded and Fu was one of many contractors that have fallen victim to her crimes.

One would be foolish to believe that she would feel repentance in her letter to the Honorable Judge Breyer claiming "Even though *I went along with the practices at the auctions, I did something that was against my beliefs.*" [Emphases added]. This is patently disingenuous. Fung has demonstrated a willfulness to harm others to create her fortune.

Fu believes that the government request, to sentence Fung to only eight (8) months in custody, three (3) years of supervised release, and a criminal fine of $4,000 and $31,000 in restitution, is too lenient and may encourage more crimes, for example, the fine is just a drop in the bucket compared to the many millions of dollars Fung has retained through illegal means.

Wherefore, Fu prays for the Court to impose the maximum sentences set by the law as to Fung.

Dated: May 14, 2018

Respectfully Submitted,

_____
Tony Fu