Tony Fu
5813 Geary Blvd., PMB 188
San Francisco, CA 94121
(415) 867 – 5973

A victim of the Fung crimes

**FILED**

MAY 1 4 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. : 13-cr-00805-CRB |
| | ) |
| Appellant | ) |
| | ) |
| v. | ) |
| | ) **DECLARATION OF TONY FU IN** |
| | ) **SUPPORT OF TONY FU'S REQUEST** |
| | ) **FOR THE COURT TO IMPOSE THE** |
| FLORENCE FUNG | ) **MAXIMUM SENTENCE SET BY THE** |
| | ) **LAW AS TO FUNG** |
| Defendant. | ) |
| | ) |
| | ) |

I, Tony Fu, declare:

1.     My name is Tony Fu ("Fu") and I am one of the members of the general public who has been victimized by the Defendant Florence Fung ("Fung" or "Defendant").  I submit this declaration in support of my request for the Court to impose the maximum sentence set by the law as to Fung.  I am familiar with the matters stated in this declaration from my own personal knowledge.  Were I called to testify about these matters, I would be competent to and would do so.

1   2.      Attached as **Exhibit A** is a true and correct copy of the Fung house, located at 95
2   Wawona Street, San Francisco, published by Trulia estimating the property value at $2,065,289.
3   Fu retained this Trulia report from Google on May 12, 2018.

4   3.      Attached as **Exhibit B** is a true and correct copy of the Permit Details Report ("the
5   Official Report") from San Francisco Department of Building Inspection ("DBI").  Fu retained
6   this Official Report from the official site of DBI on May 12, 2018.  Fu undertook the small
7   remodeling project at one of the Fung's houses located at 95 Wawona Street, San Francisco on
8   or about 1999.  The Official Report states that the project was to "construct bedrooms study
9   room family room & bath at ground floor" for the cost of "$35,000".  After Fu completed the
10  project on or about May 7, 1999 and retained the final inspection approval and certificate of
11  occupancy from the DBI,  Fung withheld the payment of a little over $24,000.

12          I declare under penalty of perjury under the law of the United States of America the
13  above is true and correct to the best of my personal knowledge, and that this declaration is
14  executed at San Francisco, California, this May 14, 2018.

Tony Fu

# Exhibit A

5/12/2018                    95 Wawona St, San Francisco, CA 94127 - Estimate and Home Details | Trulia

Q Search and Filter     ( Sold › CA › San Francisco › 94127 › 95 Wawona St )                      

### 95 Wawona St
San Francisco, CA 94127 (West Portal)
2 baths · 2,300 sqft

**$2,065,289**  Trulia Estimate

Refinance Your Home »



›

| Map View | Street View | Schools | Crime | Commute |
|---|---|---|---|---|
| See the local terrain and how close this home is to parks and | Take a virtual walk around the neighborhood. | 1 Elementary School 1 Middle School 14 High Schools | Lowest crime relative to the rest of San Francisco county. | 71% of residents commute by car. |

OFF MARKET

# For Sale

Find Homes Nearby

| Call | Email |
|---|---|

# Exhibit B

5/12/2018                                        Department of Building Inspection

**Permit Details Report**

**Report Date:**      5/12/2018 6:12:38 AM

Application Number:   9824240
Form Number:          8
Address(es):          2919 / 033 / 0   95      WAWONA              ST
Description:          CONSTRUCT BEDROOMS STUDY RM FAM ROOM & BATH AT G/F
Cost:                 $35,000.00
Occupancy Code:       R-3
Building Use:         27 - 1 FAMILY DWELLING

**Disposition / Stage:**

| Action Date | Stage | Comments |
|---|---|---|
| 11/24/1998 | FILED | |
| 11/24/1998 | APPROVED | |
| 11/24/1998 | ISSUED | |
| 5/7/1999 | COMPLETE | |

**Contact Details:**
GLOBAL CONNECTION CONSTURCTION -
**Contractor Details:**

**Addenda Details:**
**Description:**

| Step | Station | Arrive | Start | In Hold | Out Hold | Finish | Checked By | Hold Description |
|---|---|---|---|---|---|---|---|---|
| 1 | CPB | 11/24/98 | 11/24/98 | | | | | |

This permit has been issued. For information pertaining to this permit, please call 415-558-6096.

**Appointments:**

| Appointment Date | Appointment AM/PM | Appointment Code | Appointment Type | Description | Time Slots |
|---|---|---|---|---|---|

**Inspections:**

| Activity Date | Inspector | Inspection Description | Inspection Status |
|---|---|---|---|
| 5/7/1999 | Donal Duffy | FINAL INSPECT/APPRVD | CFC ISSUED |
| 5/6/1999 | Donal Duffy | FINAL INSPECT/APPRVD | PRE-FINAL |
| 4/21/1999 | Donal Duffy | SHEETROCK NAILING | SHEETROCK NAILING |
| 1.2 | | | |

**Special Inspections:**

| Addenda No. | Completed Date | Inspected By | Inspection Code | Description | Remarks |
|---|---|---|---|---|---|

For information, or to schedule an inspection, call 558-6570 between 8:30 am and 3:00 pm.

Station Code Descriptions and Phone Numbers

Online Permit and Complaint Tracking home page.

**Technical Support for Online Services**
If you need help or have a question about this service, please visit our FAQ area.

Contact SFGov   Accessibility     Policies
City and County of San Francisco © 2018

PROOF OF SERVICE

**Case No. 13-cr-00805-CRB**

I am a legal resident of the United States, over the age of eighteen.  My address is 5813 Geary Blvd., PMB 188, San Francisco, CA 94121.

On May 14, 2018, I served the attached:

TONY FU'S REQUEST FOR THE COURT TO IMPOSE THE MAXIMUM SENTENCE SET BY THE LAW AS TO FUNG

DECLARATION OF TONY FU IN SUPPORT OF TONY FU'S REQUEST FOR THE COURT TO IMPOSE THE MAXIMUM SENTENCE SET BY THE LAW AS TO FUNG

__X__  By Hand Delivery to the following:

Andrew Mast,
Attorney for the United States
U.S. Department of Justice
450 Golden Gate Ave.,
Room 10-0101
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on May 14, 2018, at San Francisco, California.

Tony Fu